1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL DURONSLET

11              Plaintiff,                    No. CIV S-12-0406 GGH P

12        vs.

13   JOHN H. BAKER, et al.,

14              Defendants.                   ORDER FOR PAYMENT

15   _____/               OF INMATE FILING FEE

16   To:  The Sheriff of Butte County, Attention:  Inmate Trust Account, 35 County Center Drive,

17   Oroville, CA 95965:

18              Plaintiff, a prisoner proceeding in forma pauperis, is obligated to pay the statutory

19   filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20 percent

20   of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average

21   monthly balance in plaintiff's account for the 6-month period immediately preceding the filing of

22   this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee, plaintiff will

23   be obligated to make monthly payments in the amount of twenty percent of the preceding

24   month's income credited to plaintiff's trust account.  The Butte County Sheriff is required to

25   send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's

26   trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

1

1  $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

2            Good cause appearing therefore, IT IS HEREBY ORDERED that:

3            1.  The Sheriff of Butte County or a designee shall collect from plaintiff's trust

4  account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as

5  set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall

6  be clearly identified by the name and number assigned to this action.

7            2.  Thereafter, the Sheriff of Butte County or a designee shall collect from

8  plaintiff's trust account monthly payments from plaintiff's trust account in an amount equal to

9  twenty percent (20%) of the preceding month's income credited to the prisoner's trust account

10  and forward payments to the Clerk of the Court each time the amount in the account exceeds

11  $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has

12  been paid in full.  The payments shall be clearly identified by the name and number assigned to

13  this action.

14            3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

15  plaintiff's signed in forma pauperis affidavit on the Sheriff of Butte County, Attention:  Inmate

16  Trust Account, 35 County Center Drive, Oroville, CA 95965:

17            4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

18  Department of the court.

19  DATED: March 5, 2012

20              /s/ Gregory G. Hollows
            UNITED STATES MAGISTRATE JUDGE

21

duro0406.cdc

22

23

24

25

26

2