IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL DURONSLET,

      Plaintiff,                    No.  2:12-cv-0406 MCE AC P

   vs.

JOHN H. BAKER, et al.,

      Defendants.             ORDER and

_____/      FINDINGS & RECOMMENDATIONS

      Two recent court orders were served on plaintiff's address of record and returned by the postal service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the first court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

      Accordingly, IT IS HEREBY ORDERED that the Clerk serve a copy of these findings and recommendations on plaintiff at his address of record and at: Paul Duronslet, CDCR# AM6139, Deuel Vocational Institution, P.O. Box 600, Tracy, California 95378-0600; and

      IT IS HEREBY RECOMMENDED that this action be dismissed without

1

1  prejudice for failure to prosecute.  See Local Rule 183(b).

2  These findings and recommendations are submitted to the United States District
3  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
4  eight (28) days after being served with these findings and recommendations, plaintiff may file
5  written objections with the court.  The document should be captioned "Objections to Magistrate
6  Judge's Findings and Recommendations."  Any response to the objections shall be filed and
7  served within twenty-eight (28) days after service of the objections.  Plaintiff is advised that
8  failure to file objections within the specified time may waive the right to appeal the District
9  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10  DATED: February 14, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb
duro0406.33a

2